**97–1490.   State v. Taggart.**

Butler App. No. CA96–09–175.   On motion for stay of execution of sentence imposed by court of appeals.   Motion denied.

**97–1508.   Forsyth v. Forsyth.**

Clark App. No. 97CA0071.   On motion for injunctive relief.   Motion denied.

**97–1601.   Carey v. Boone.**

Lucas App. No. L–96–274.   On motion for stay of judgment pending appeal.   Motion granted.

F.E. SWEENEY and COOK, JJ., dissent.

RESNICK, J., not participating.

**97–1604.   State v. Auge.**

Franklin App. No. 96APA12–1753.   On motion for stay of court of appeals' judgment.   Motion denied.

**97–1666.   Breen v. H & K, Inc.**

Cuyahoga App. No. 71018.   On motion for stay of mandate.   Motion granted.

F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.